FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

2017 FEB -9 AM 11:41

## CIVIL RIGHTS COMPLAINT FORM

Samuel Maldonado

2017001486

CASE NUMBER: 3:17-cv-160-J-20JBT

(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Duval County Detention Center, Chaplain, Jacksonville Sheriffs department, office

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** 500 East Adams st
(Indicate the name and location)
Jacksonville, FL. 32202                           Se 3.57

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

DC 225 (Rev 2/2012)                           1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

  1. Parties to previous lawsuit:

     Plaintiff(s): _____

     _____

     Defendant(s): _____

     _____

  2. Court (if federal court, name the district; if state court, name the county):

     _____

  3. Docket Number: _____

  4. Name of judge: _____

  5. Briefly describe the facts and basis of the lawsuit: _____

     _____

     _____

  6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

     _____

     _____

  7. Approximate filing date: _____

  8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)                                2

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

_____

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

  A. Name of Plaintiff: Samuel Maldonado

  Mailing address: 500 East Adams St

  Jacksonville, FL. 32202

  B. Additional Plaintiffs: _____

  _____

  _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

  C. Defendant: Chaplain

  Mailing Address: 500 East Adams St

  Jacksonville FL. 32202

  Position: Chaplain

  Employed at: Duval County Detention Center

  D. Defendant: Jacksonville Sheriffs Office

  Mailing Address: 500 East Adams St

  Jacksonville FL. 32202

DC 225 (Rev 2/2012)

3

       Position:_____

       Employed at: _____

E.    Defendant: _____

       Mailing Address: _____

       _____

       Position: _____

       Employed at: _____

F.    Defendant: _____

       Mailing Address: _____

       _____

       Position: _____

       Employed at: _____

G.    Defendant: _____

       Mailing Address: _____

       _____

       Position: _____

       Employed at: _____

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

My right under the First Amendment of the constitution and under the Federal Religious Land use and Institionalized Persons Act are being violated, I'm not able to practice my muslim faith, there is know muslim services or Religious help for muslims at this Jail

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

The chaplain of Duval county detention center, and the property Room officer, on 1-17-2017 I was taken from New york city to Jacksonville Florida Duval county Jail and I was told by to property room officer that I had to remove my Religious head covering which is a Key component of my faith, I told the officer why do I have to do that I'm muslim and this is part of my Religious beliefs and practice and my Kufi is for my religious head covering, I was still told i had to take it off

DC 225 (Rev 2/2012)

5

and I had to send a Request to the chaplain and I've sent mini request with no response, as well as grievance, I've also ask other staff memeber's why I can't were my Muslim Religous covering and why is there no muslim's help or Services here no one has any Answer's, my family pictures of my muslim wife was also taking away for no Reason.

This has caused me Emotional and physical harm, not being able to Freely practice my muslim Religious beliefs, not being able to have my Religious head covering and prayer Rug to pray with my Religious head covering is part of my faith,

i missed 3 muslim Services sents I've been in this Jail This is very Emotional for me, There are other Religious services here but no muslim Services, This is very harmful to my muslim Religous beliefs and practices.

Further more, the Jacksonville sheriffs department has set up policies not letting muslims were there Religious covering, and not Allowing the muslim's to pray together on fridays muslim's service, Friday is a Religious day for the muslim community

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I want the Jail to have muslim Services every Friday at 1pm

to set up muslim class for the muslim facilitate so that other muslim's can learn there Religion, to set up Ramadan Services for the month of Ramadan, to stop talking Religious head covering and prayer Rugs from the muslim that are taken to the jail to give the muslim the right food they are suppose to eat, county Jail should Allow reasonable opportunity for all muslim to practice there Faith, and to stop talking Picture that are sent in the mail from other Family member's to inmates, to Respect muslim rights to have Religious Services, Lawsuit is also requesting money damages for 100 million Dollar's

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __2__ day of ____17____, 20_17_.

_____

_____
(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the __6__ day of __Feb__, 20_17_.

DC 225 (Rev 2/2012)